UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SARAH ELIZABETH WENDT
GIBSON PALMER,

        **Plaintiff,**

v.                                 Case No.  6:24-cv-11-CEM-LHP

LA ROSA REALTY LLC,

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Stipulation of Dismissal without prejudice (Doc. 29). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 20, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record